UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT KESSLER, <br><br> Plaintiff, <br><br> -vs- <br><br> PACWEST ENERGY, LLC and BUTTE INVESTMENT LLC, individually, <br><br> Defendants. | Cause No. 2:21-cv-371  TLF <br><br> JOINT STIPULATION OF DISMISSAL WITH PREJUDICE |

Plaintiff, Robert Kessler, and all Defendants in this matter by and through their respective undersigned counsel, hereby file this Joint Stipulation of Dismissal to dismiss with prejudice pursuant to the parties' settlement agreement and LCR 7(d)(1).

**IT IS SO ORDERED**, this matter shall be Dismissed with prejudice.

Dated this __5th__ day of __November__, 2021.

_____
United States Magistrate Judge

Joint Stip to Dismiss   Page | - 1 -                                Enabled Law Group
                                                                     P.O. Box 4523
                                                                     Missoula, MT 59806
                                                                     (406) 493-1084

1   DATED this 20 day of November, 2021.

2                                                                   Respectfully submitted,

4                                                                   */s/ M. William Judnich*
5                                                                   M. William Judnich
                                                                    WSBA #56087
6                                                                   Enabled Law Group
                                                                    P.O. Box 4523
7                                                                   Missoula, Montana 59806
                                                                    Telephone: 406-493-1084
8                                                                   Email: MJ@Enabledlawgroup.com

10                                                                   */s/ Charles P. Rullman*
                                                                     Charles Rullman
11                                                                   WSBA # 42733
12                                                                   Corr Downs PLLC
                                                                     100 W. Harrison St., Suite N440
13                                                                   Seattle, WA 98119
14                                                                   crullman@corrdowns.com
                                                                     Attorney for Defendants